UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERON SAUNDERS,<br><br>        Plaintiff,<br><br>vs.<br><br>BYNUM & SONS PLUMBING, INC.,<br>and SCOTT BYNUM<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-1249-SCJ |

### J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed** in accordance with Local Rule 7.1B, NDGa and Local Rule 41.3(A)(2), NDGa.

Dated at Atlanta, Georgia, this 11th day of July, 2013.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                                By: *s/Frances K. Pinckney*
                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 11, 2013
James N. Hatten
Clerk of Court

By: *s/Frances K. Pinckney*
      Deputy Clerk